Frank H. Stearns, Respondent, v. The St. Louis and San Francisco Railway Company, Appellant—Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Union Dime Savings Institution, Appellant, v. Francis Neppert, Appellant, Impleaded, etc., Respondent. —Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.; dissenting opinion by Brady, J.

In the Matter of the Petition of the Rector of St. Andrew's Church.— Order reversed, with costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. Eugene O'Hara, Appellant.—Judgment affirmed. Opinion by Macomber, J.

In the Matter of the Application of the Superintendent of the Insurance Department, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Importers and Traders' Bank v. William H. Peters, as Receiver, etc., Appellant, Everett Brothers, Gibson & Co., Respondents.—If the respondents will stipulate to modify judgment as directed in opinion, the judgment as modified will be affirmed, without costs; otherwise the judgment will be reversed and a new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. Second Avenue R. R. Co., Appellants, v. Michael Coleman and others, Commissioners, etc., Respondents.—Order affirmed, with costs and disbursements. Opinion by Van Brunt, P. J.

Maria Farrell, as Administratrix, etc., Respondent, v. The Houston, West street, etc., Railway Company, Appellant. —Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. John J. Gibson, Appellant.—Judgment reversed and new trial ordered. Opinion by Van Brunt, P. J.

William H. Weeks, Appellant, v. James S. Berry, Respondent, Impleaded, etc. —Judgment reversed and demurrer sustained, with leave to defendants to withdraw their answers and amend the same upon payment of costs of this appeal and of the court below. Opinion by Van Brunt, P. J.

Arthur Furber, Appellant, v. Alexander L. McCarthy and others, Respondents. — Appeal stricken from the calendar. Opinion by Van Brunt, P. J.

Frederick Van Axte, as Executor, etc., Respondent, v. Berta D. Fisher and others, Appellants.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

S. Skiddy Cochran and others, Respondents, v. Jeanette M. Thurber and others, Appellants.— Order reversed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Orlando Bonelle, Appellant, v. The Pennsylvania Railroad Company, Respondent. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of William A. Wheelock, Appellant.—Order affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of Annie N. Alexander. — Order affirmed with costs. Opinion by Van Brunt, P. J.

James Gamble, Respondent, v. Queens County Water Company and others, Appellants.—This case must be stricken from the calendar and cannot be considered by the court, because the record contains no findings signed by the judge. Ordered accordingly. Opinion by Van Brunt, P. J.

William L. Stow, Appellant, v. Edwin S. Chapin and others, Respondents. — Order affirmed,

with ten dollars costs and disbursements, with leave to appellant to renew application for injunction upon new and additional papers upon the payment of the costs of the court below and of those awarded upon this appeal. Opinion by Van Brunt, P. J.

Isaac Stern and others, Respondents, v. Cornelius W. James, Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The Mutual Life Insurance Company of New York, Respondent, v. Edwin B Woods, Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Woolreich, Appellant, v. James Fettretch, Respondent. — Judgment as directed in opinion. No costs to either party on this appeal. Opinion by Brady, J.

Lionel R. Gersenberger, Plaintiff, v. Rosalie Herman and others, Defendants. — Order reversed and motion granted, with ten dollars costs and disbursements. Opinion by Brady, J.

George H. Pride, Appellant, v. The Indianapolis, Decatur and Western Railway Company, Respondents. — Order affirmed, with ten dollars costs and disbursements of this appeal. Opinion by Brady, J.

The People of the State of New York ex rel. Joseph Keegan v. Henry D. Purroy and others, Commissioners, etc. — Proceedings affirmed and writ dismissed. Opinions by Brady, J., and Van Brunt, P. J.

The People of the State of New York ex rel. William J. O'Connor v. Henry D. Purroy and others, Commissioners, etc. — Proceedings affirmed and writ dismissed. Opinion by Brady, J., and Van Brunt, P. J.

The People of the State of New York, Respondent, v. Abel M. Rontey, Appellant.—Judgment affirmed. Opinion by Brady, J.

Frederick Lange, Respondent, v. Peter Kearney, Appellant. —Judgment affirmed. Opinion by Brady, J.

The People of the State of New York, v. John O'Neil, Appellant. — Judgment reversed and new trial ordered. Opinion by Brady, J.

The First National Bank of Scranton, Respondent, v. Abraham Wolf, Appellant, Impleaded, etc.—Judgment affirmed, with costs. Opinion by Brady, J.

Joseph O. Proctor, Jr., Respondent, v. The Preservaline Manufacturing Company, Appellant.—Judgment affirmed, with costs. Opinion by Brady, J.

George L. Whitman and others v. John R. Haines and others.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

In the Matter of Johnston Livingston.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

In the Matter of Dore Lyon.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Frederic P. Olcott, as Receiver, etc., Respondent, v. Thomas W. Evans, Appellant.— Order affirmed, with ten dollars costs of this appeal and the disbursements. Opinion by Brady, J.

Cornelius B. Mitchell and others, Respondents, v. Rosalie Herman and others, Appellants. — Order reversed and motion granted, with ten dollars costs and disbursements. Opinion by Brady, J.

Brunswick Balke Collender Company, Respondent, v. David Stevenson, Appellant.—Judgment affirmed. Opinion by Brady, J.

Bernhard Stirn and others, Respondents, v. The Metropolitan Elevated Railroad Company and others, Appellants — Judgment affirmed, with costs. Opinion by Macomber, J.

In the Matter of the Application of the Santa Eulalia Silver Mining Company.— Order affirmed, with costs and disbursements. Opinion by Macomber, J.